FILED
April 2, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEVEN HUMPHREY, ) <br> Defendant. ) <br> _____ ) | Case No. 2:17-po-00514-AC <br> 2:17-po-00530-AC ✓ <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, STEVEN HUMPHREY, Case No. 2:17-po-00514-AC and 2:17-po-00530-AC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of: $

    _____   Co-Signed Unsecured Appearance Bond

    _____   Secured Appearance Bond

    __X__   (Other) <u>Conditions as stated on the record.</u>

    _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/2/2018  at  2:35 p.m.

By _____
Edmund P. Brennan
United States Magistrate Judge